UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT A. DEL MONACO,<br>  Plaintiff,<br><br>v.<br><br>CZECH ASSET MANAGEMENT, LP and<br>CZECH MANAGEMENT GP, LLC,<br>  Defendants. | No. 3:14-cv-1313 (MPS) |

## VERDICT FORM

**A. Liability**

1. Did the Plaintiff prove that the Defendants breached the contract regarding payment of a bonus in 2014 for the year 2013?

   Yes: _____   No: __X__

   *If the answer is "Yes," go to Question 2. If the answer is "No," please skip the remaining questions and have the foreperson sign and date the verdict form in Part C.*

**B. Damages**

2. What amount of compensatory damages (not including interest) do you award to compensate the Plaintiff?

   Amount: $_____

   *If you entered an amount, go to Question 3. Otherwise, please skip the remaining questions and have the foreperson sign and date the verdict form in Part C.*

3. Has the Plaintiff proven that the Defendants wrongfully detained money they owed the Plaintiff?

   Yes: _____   No: _____

   *If the answer is "Yes," go to Question 4. If the answer is "No," please skip the remaining questions and have the foreperson sign and date the verdict form in Part C.*

4. On what date did the Defendants begin wrongfully detaining money they owed the Plaintiff?

   Date: _____

   ***Go to Question 5.***

5. Calculate the number of days between your answer to Question 4 and the date you are completing this form and write the answer in the blank below.

   _____

   *Go to Question 6.*

6. Divide the answer to Question 5 by 360 and write the answer in the blank below.

   _____

   *Go to Question 7.*

7. Multiply the answer to Question 6 by 0.10 and write the answer in the blank below.

   _____

   *Go to Question 8.*

8. Multiply the answer to Question 7 by the answer to Question 2 and write the answer in the blank below.

   Total Amount of Interest: $_____

   *Go to Question 9.*

9. Add the compensatory damages determined in Question 2 to the total amount of interest determined in Question 8 and write the answer in the blank below.

   Total Amount of Damages Awarded to the Plaintiff: $_____

   *Have the foreperson sign and date the verdict form in Part C.*

C. **Signature**

Your deliberations are complete. Please have the foreperson sign the form and notify the marshal that you have reached a verdict. Your verdict will then be returned to the Court.

Date: ___1/13/17_____

Foreperson: _____