UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT A. DEL MONACO

     v.          CASE NO. 3:14CV1313(MPS)

CZECH ASSET MANAGEMENT, LP
CZECH MANAGEMENT GP, LLC
STEVEN CZECH

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Michael P. Shea, United States District Judge, and the issues having been duly tried and the jury having rendered its verdict on January 13, 2017, in favor of the defendants; and

Further, on August 30, 2016 defendant Steven Czech dismissed on summary judgment motion; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment is entered in favor of the the defendants.

Dated at Hartford, Connecticut, January 17, 2017.

              ROBIN D. TABORA, Clerk

              By  /s/
               Devorah Johnson
               Deputy Clerk

EOD 1/17/17